Certificate Number: 17082-VAE-DE-029906569

Bankruptcy Case Number: 17-72912



17082-VAE-DE-029906569

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 20, 2017, at 7:58 o'clock PM MST, SABRINA D WOOTEN completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Virginia.

Date:   September 20, 2017          By:    /s/Orsolya K Lazar

                                    Name:  Orsolya K Lazar

                                    Title: Executive Director